1·12·15

To whom it may concern: _____ 14-517-CR

I recieved my manuscripts from all the times ive gone to court except for the last one which was my last court appearence in June 6, of 2014 and that is the one i really needed to verify how much Back time was granted to me, so can i please get that i already sent the legal papers in to obtain it, so can i please get it sent to me

and also looking through the Packet i was sent my original sentence was 5 yrs (aggrivated) i put in an appeal and it was granted to reduce my sentence, But when i went to court and was sentenced to the 5 yrs Judge M. Skinner granted me 14 mon Back time However when my appeal went through and the 5 yr was Dropped to 4 yrs Half of my Back time was taken and its in writting that i was granted the 14 mon so why was half of my time taken, if the Judge granted it to me they cant Just take it from me, i really want this to Be corrected

Thank you for your Time

Trisha Anthony
#1932151

* my SAFPF time was taken (7) mon when it was initially granted to me

2015 JAN 20 PM 1:54
FILED
IN THE COUNTY AT LAW
SAN ANTONIO

T. Anthony #1932154
(San Saba unit)
200 S Wallace Creek rd
San Saba tx 76877

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO

2015 JAN 20 PM 1:54

Keith E. Hottle
CLERK

· legal mail

ABILENE TX 795

Fourth
Court of Appeals
Cadena-Reeves Justice
center
Keith. E. Hottle
300 Dolorosa Suite 3200
San Antonio tx 78205-3037